UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No. 09-14200-CIV-GRAHAM

RAYMOND PERRY,

    Petitioner,

vs.

WALTER McNEIL,

    Respondent.
_____/

**CLOSED CIVIL CASE**

### ORDER

**THIS CAUSE** comes before the Court upon Petitioner's Motion to Vacate Under 28 U.S.C. § 2254 [D.E. 1].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White by Clerk's Order [D.E. 3]. The Magistrate Judge issued a Report recommending that Petitioner's motion be denied [D.E. 5]. Petitioner has filed objections [D.E. 6].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 5] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Movant's Motion to Vacate Under 28 U.S.C. § 2254 [D.E. 1] is **DISMISSED WITHOUT PREJUDICE,** except as to any application of the federal statute of limitations or other federal procedural bars that may apply.  It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of July, 2009.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge Patrick A. White
     Raymond Perry, Pro Se
     Counsel of Record